IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, as Subrogee of Young I. Kim and Young H. Kim, ) ) ) ) Plaintiff, ) ) v. ) ) RHEEM MANUFACTURING COMPANY ) and RELIANCE WORLDWIDE ) CORPORATION d/b/a CASH ACME, ) ) Defendants. ) | Case No. 3:22-cv-00315 |

## ANSWER TO CROSSCLAIM OF RHEEM MANUFACTURING COMPANY BY CROSSCLAIM DEFENDANT, RELIANCE WORLDWIDE CORPORATION

Crossclaim Defendant, Reliance Worldwide Corporation ("Reliance"), by counsel, Edward F. Harney, Jr., pursuant to Rule 8(b) of the Federal Rules of Civil Procedure for its Answer to the Crossclaim of Rheem Manufacturing Company, now states as follows:

1. Rheem Manufacturing Company is a Delaware corporation with its principal office in Atlanta, Georgia.

    **Response:** Admit.

2. Reliance Worldwide Corporation d/b/a Cash Acme ("Cash Acme") is an Alabama corporation with its principal place of business in Alabama.

    **Response:** Deny.

1

3. Rheem Manufacturing Company manufactures water heaters with some water heaters that have parts manufactured by Reliance Worldwide Corporation d/b/a Cash Acme.

   **Response:** Admit.

4. On March 2, 2022, State Farm Fire and Casualty Company initiated this lawsuit, in part, against Rheem Manufacturing Company seemingly alleging that a water heater installed in their insureds' residence was defective and/or caused damages.

   **Response:** Admit.

5. It is believed that the alleged water heater included parts manufactured by Cash Acme and sold to and purchased by Rheem Manufacturing Company and/or its related corporation.

   **Response:** Reliance admits it is believed that the alleged water heater included parts manufactured by Cash Acme and sold to and purchased by Rheem Manufacturing Company and/or its related corporation.

6. Included in the Purchase Order for those parts between Cash Acme and Rheem Manufacturing Company and/or its related corporation, were the "Terms and Conditions" attached as Exhibit A.

   **Response:** Admit.

7. The "Terms and Conditions" attached as Exhibit A contain the following indemnification clause:

   > INDEMNIFICATIONS - Seller shall defend, indemnify and hold harmless Buyer and Buyer's affiliates, and each of their employees, officers, directors, agents, successors, assigns, customers and end-users of its products, from and against all losses, expenses, damages, costs, liabilities, claims, settlements, awards and judgments based on a claim that any good or service furnished by Seller, as well as any system, device or process incorporating or resulting from the use thereof, constitutes an infringement or misappropriation of any patent, trademark, copyright, trade secret or other intellectual property right. Seller shall defend, indemnify and hold harmless Buyer and Buyer's affiliates, and each of their employees, officers, directors, agents, successors, assigns, from and against all losses, expenses,

> damages, costs, liabilities, claims, settlements, awards and judgments arising out of, as a result of or in connection with: (a) Seller's acts and omissions in the performance of this Order or (b) any defect in design, materials, workmanship or quality of the goods and/or services or (c) Seller's negligence or willful misconduct or (d) any breach of any express or implied warranty or (e) Seller's violation of any federal, state or local law, executive order, rule or regulation. Seller shall maintain commercial general liability insurance (including products liability/completed operations coverage) with adequate limits satisfactory to Buyer and shall maintain proper Workmen's Compensation and Employer's Liability insurance covering all employees engaged in the performance of this Order, and, upon Buyer's request, shall furnish to Buyer appropriate evidence of such insurance.

> **Response:** In response to the allegations contained herein Reliance states the document speaks for itself and no response is required. To the extent a response is required, Reliance denies it is required to indemnify Rheem Manufacturing Company in this matter.

8. Based on the "Terms and Conditions" incorporated in the Purchase Order, Cash Acme is contractually obligated to defend, indemnify, and hold harmless Rheem Manufacturing Company regarding the claims of Plaintiff.

   **Response:** Deny.

9. Cash Acme must appear for, defend, hold harmless, and indemnify, and pay all attorneys' fees of Rheem Manufacturing Company in accordance with the obligations it assumed in the Purchase Order contract.

   **Response:** Deny.

10. This Crossclaim is made as required by law and Rheem Manufacturing Company in no way intimates that Plaintiff is entitled to recover further from it and, in fact, denies just that.

    **Response:** In response to the allegations contained herein Reliance states no response is required. To the extent a response is required, Reliance denies it is required to indemnify Rheem Manufacturing Company in this matter.

Respectfully submitted,

*/s/Edward F. Harney, Jr.*
Edward F. Harney, Jr., Attorney No. 17365-45
HUME SMITH GEDDES GREEN & SIMMONS, LLP
54 Monument Circle, Fourth Floor
Indianapolis, IN  46204-2996
317/ 632-4402 *(Office)*
317/ 632-5595 *(Facsimile)*
eharney@humesmith.com

*Attorney for Defendant Reliance Worldwide Corporation d/b/a Cash Acme*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2022, I electronically filed the foregoing with the clerk of the Court using the e-filing system ("CM/ECF"), and a copy of the foregoing was served upon the following counsel of record via the e-filing system:

Brad M. Gordon
GROTEFELD HOFFMANN GORDON
 OCHOA & EVINGER, LLP
311 South Wacker, Suite 1500
Chicago, IL  60606
*Attorney for Plaintiff*

Jeremy D. Lemon
HUNT SUEDHOFF KEARNEY, LLP
803 S. Calhoun Street, Ninth Floor
Fort Wayne, IN  46802
*Attorney for Rheem Manufacturing Company*

/s/ Edward F. Harney, Jr.

4