## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, as Subrogee of Young I. Kim and Young H. Kim, </br></br>    Plaintiff, </br></br>    v. </br></br>RHEEM MANUFACTURING COMPANY and RELIANCE WORLDWIDE CORPORATION d/b/a CASH ACME, </br></br>    Defendants. </br></br>RHEEM MANUFACTURING COMPANY, </br></br>    Crossclaim Plaintiff, </br></br>    v. </br></br>RELIANCE WORLDWIDE CORPORATION d/b/a CASH ACME, </br></br>    Crossclaim Defendant. | Case No. 3:22-cv-00315-DRL |

### NOTICE TO COURT OF SETTLEMENT

Defendant, Reliance Worldwide Corporation d/b/a Cash Acme, by counsel, gives notice to the Court that the Plaintiff and this Defendant have settled the Plaintiff's claims against Reliance Worldwide Corporation d/b/a Cash Acme. As Plaintiff and Defendant Rheem Manufacturing Company have resolved previously, the matter is fully resolved. (Rheem Manufacturing Company does not intend to pursue its Crossclaim.)

A Stipulation of Dismissal will be filed by all parties following the exchange of closing documents.

                                              Respectfully submitted,

*/s/Edward F. Harney, Jr.*
Edward F. Harney, Jr., Attorney No. 17365-45
HUME SMITH GEDDES GREEN & SIMMONS, LLP
54 Monument Circle, Fourth Floor
Indianapolis, IN  46204-2996
317/ 632-4402 *(Office)*
317/ 632-5595 *(Facsimile)*
eharney@humesmith.com

*Attorney for Defendant Reliance Worldwide Corporation d/b/a Cash Acme*

## CERTIFICATE OF SERVICE

I hereby certify that December 27, 2024, I electronically filed the foregoing with the clerk of the Court using the e-filing system ("CM/ECF"), and a copy of the foregoing was served upon the following counsel of record via the e-filing system:

Brad M. Gordon
GROTEFELD HOFFMANN GORDON
 OCHOA & EVINGER, LLP
311 South Wacker, Suite 1500
Chicago, IL  60606
*Attorney for Plaintiff*

Jeremy D. Lemon
HUNT SUEDHOFF KEARNEY, LLP
803 S. Calhoun Street, Ninth Floor
Fort Wayne, IN  46802
*Attorney for Rheem Manufacturing Company*

                                              /s/ Edward F. Harney, Jr.